**No. 47215.**—Protests 59340–K of Old Bleach Linens, Inc. (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 47216.**—Protest 41969–K of Stewart & Co. (Baltimore).

Opinion by Ekwall, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

BEFORE THE THIRD DIVISION, MAY 22, 1942

**No. 47217.**—Petition 6188–R·of Lufkin Rule Co. (Detroit).

Opinion by Cline, J. From the testimony it appeared that there was on the invoice a column with a heading in very small letters, apparently stamped thereon, the following: "Home market value or current selling price as at date of exportation," which contained prices higher than those on invoice, and which column was overlooked by the witness at the time he made entry, no other importation over a period of years having had this notation. Exhibit 2 (Treasury representative's report after investigation) recommended that the petition be granted inasmuch as it was conceded by the appraiser and the deputy collector that there was no attempt to defraud the Government or misrepresent the facts. On the record presented the petition was granted.

**No. 47218.**—Petition 6153–R of Cox & Fahner (New York).

Opinion by Cline, J. It appeared from the testimony of the customs broker that in making the entry he made an error in his computation in deducting from the total export value the charge for freight from Argentina to New York, this item being deductible from a c. i. f. value but not from the export or Argentine value. He further testified that he had been entering such hides for many years and that this is the first instance where he had made such an error. The court, being satisfied that there was no intention to misrepresent the facts or defraud the revenue of the United States, granted the petition, citing Abstracts 31877, 37592, 38397, 38514, 39122, 39280, 42079, and 42274.